UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

Case No.  2:23-cv-09141-TJH-MAA                                    Date: April 9, 2024

Title:    *Sammeiso Lewis v. The California Department Justice, et al.*

---

Present:  <u>The Honorable TERRY J. HATTER, JR., U.S. District Judge</u>

|        Yolanda Skipper        |        Not Reported        |
|:-----------------------------:|:--------------------------:|
|         Deputy Clerk          |   Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:--------------------------------:|:---------------------------------:|
|          None Present            |            None Present           |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FULL FILING FEE OR FILE A FULLY COMPLETED REQUEST FOR *IN FORMA PAUPERIS* STATUS

Plaintiff failed to pay the filing fee or file a fully completed CV-60P form, as ordered on January 2, 2024.

Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED,** and this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.